```
                    UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                         February 21, 2017

To:
     Eric Long
     1000 Follies Road
     Drawer K
     Inmate #LY 2843
     SCI Dallas
     Dallas PA    18612


                              In re: Amended E/F
                              Bankruptcy No. 17-10828ELF
                              Adversary No.
                              Chapter 7


        Re Amended Schedules E/F

The above pleading was filed in this office on 2/16/2017 .
Please be advised that the following document(s) has (have) not
been filed as required pursuant to the Federal Rules of
Bankruptcy Procedure and/or the Local Rules of this court:

          ()    Affidavit
          ()    Certificate of Service
          ()    Certification of no response
          ()    Notice pursuant to Rule 9019
          ()    Notice pursuant to Rule 2002
          ()    Notice pursuant to Rule 3007.1
          ()    Proof of Claim number not noted on
                      objection pursuant to Rule 3007.1(a)
          ()    Proposed Order
          ()    Stipulation
          ()    Certification of Default
          (X)   $31.00 Filing Fee for Amendments E and F
          ()    $25.00 Claims Transfer Fee
          ()    Other

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.


                         Timothy B. McGrath
                         Clerk


                         By: Virginia S. DeBuvitz
                             Deputy Clerk
status.frm
(rev. 2/04/14)
```