CHapter 7

Date 2-23-17                    Eric Long NO17-108
-elf

MAR - 3 2017

TO. THe CHief Judge MR Frank

IM writing to you. to say thank
you for the extra time you gave me
To have the pro-se statement and
The Matrix List of Creditors. I
believe I covered that. what Im
asking you for now is A list of
Service. It tells me everyone who's
involve and what's going on etc.
A printout of the creditors that's
all involved? Also I wanted to ASK
you is there A form to request
for A Expedited Hearing? or A
Expedited Creditors hearing? and
Can I be present at the hearings?
Possibly By TV. Conference. Since
Im at A S.C. Institution. Thank you
for your time on this matter. Also
I wanted to tell you that these
people here is getting my mail to me

late. I had to get a family member to go on the computer To find out that you gave me AN extention til March 10, I did nt get the letter As of This date. They told me you entered that order on 2-15. and these people here is opening my mail isnt this mail Considered Legal? If So it should be open in front of me. Is there anything that can be done? once again thank you for your time and Service on This matter.

Eric LonG LY 2843
1000 follies Road
DAllAS PA. 18612