United States Bankruptcy Court
for the Eastern Dist. of PA.

No# 17-10828 elF

Date 3-3-17

MAR -8 2017

Mr Frank,

My name is Eric Long Case #17-10828-elF and I just wanted to ask you a Question. I got a notice in the mail from the Trustee's office 833 chestnut St. It stated that a order of relief has been entered and that it's a Creditor's meeting at 3-22-17 Room 501 4 pm. My Question is. They said I must be present and I'm writing to you to ask you can you make sure that I'm present at this meeting? Usually when we have to go to court from up here we usually get picked up By the Sheriff a week Before the court date. To go to

Turn over

S.C.I. Gratersford and we go from there. Is it possible that you can have me brought down to S.C.I. Gratersford until this matter is resolved? Because it's Alot closer to Philadelphia. once again A responce from this would be more than appricated, Thank you for your time on this matter. I had to send the clerk $31.00 dollors for ~~sending~~ asking you about The ELF schedules. I already gave it to Ms. D. Virgina