IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

July 6, 2017

CHAPTER - BANKRUPTCY
17-10828 elf

Mr. Frank,

My name is Eric Long and I'm writing to you in referance to the Brief 341 meeting that was Held on July 5, 2017 At 9AM Between THe Debtor Eric Long And THe Trustee MR Dershaw He stated that on my Asset Schedule I put down $202,668,026 dollors As my total Assets. But I also stated At the Bottom of the page that I understand That these figures are not Accuate and I ask that I don't be pentalize for doing So. He stated that He's giving me 5 days to send Him those reports because his records Don't reflect that Amount. But he never stated what his records show. However after that meeting

(1)

②

My counselor called Fidelity to try to retrieve these records. However Fidelity is withholding this information from me for reasons unknown. So it's impossible for me to get those reports. I believe they was informed not to give them to me. Mr Dershaw states that he will be filing a motion of Abuse if I don't get the reports to him within 5 days. So I want to let you know that if this is his plan. I atten to challege his motion to the fullest. Because I understand that I can and I will be citing the Rule Because we can't get pass the facts. and one of these assets is my Birthright, so I have A right of recoupement no matter what. So I'll await their motion to file a motion to Dismiss.

Thank you for your time on this matter. Also I believe he's going to try to say that Im in default Because of the fact that he's telling me that



(3)

I have 5 days to get him those reports of my Assets. which is impossible for me to get them. Because Fidelity is withholding that information from me and their saying they don't have the records but they already admitted that Im particapating in some type of Employee Benifit plans. Here's a letter that they sent to me on Feb 8, I Believe I was'nt suppose to get this letter cause back then I did nt request anything from them. Til after They sent me that letter. Mr. Frank I understand that you are a Neutral arbritrator on this issue. Im just asking for fairness these officials Mr. Pershau and company is committing fraud. And Im not going away from this. Wrong is wrong and certainly they are in violation. When people do wrong someone has to make it right. So Im asking that you do that because you have the power to do so. I also got other evidence That Fidelity is lying. The right thing

To do is send a writ to S.C.I. Dallas to get me and set a date for both parties to argue this issue enclosing I want to thank you for your time on this matter



March 24, 2017

Eric Long
1000 Follies Road, Drawer K
Inmate #LY 2843
SCI Dallas
Dallas, PA 18612

**Key Reference Information**
Document Reference: Notice of Chapter 7 Bankruptcy Case dated February 6, 2017
Re: Eric Long
Plan Sponsor: N/A
Fidelity Reference Number: W804538-24MAR17
Case Number: 17-10828-elf

To Whom It May Concern:

This letter is in response to the above referenced document. Fidelity Workplace Services, LLC ("Fidelity") provides administrative recordkeeping services to qualified employee benefit plans which are maintained by plan sponsors and are subject to the Internal Revenue Code of 1986 ("Code"), as amended, and the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended. These services are provided in accordance with the administrative procedures and plan rules established by the Plan sponsor.

Fidelity's records indicate the Participant is/was participating in employee benefit plans maintained by the Plan Sponsor. However, upon review of the document submitted, the requested action could not be implemented due to the following reason(s):

We are unable to locate any plan accounts for Eric Long from the information provided in this document. In order to assist us in locating the individual, please verify the participant's social security number and forward the correct social security number.

**Contact Information**
Please address all future correspondence regarding this matter to the address below.

| Regular Mail | Overnight Mail |
| --- | --- |
| Fidelity Workplace Services, LLC | Fidelity Workplace Services, LLC |
| PO Box 770003 | 100 Crosby Parkway, Mailzone KC1F |
| Cincinnati, OH 45277-0070 | Covington, KY 41015 |

1-800 5446666

Sincerely,

Fidelity Workplace Services, LLC
Legal Document Administration