IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT

In Re Clerk of Courts
United States Bankruptcy Courts
for the Eastern District
900 Market Street Suite 400
Philadelphia, PA 19107-4233

Case No. 17-10828-elF

Debtor:

ERIC LONG

JUL 17 2017

---

DEBTOR'S MOTION TO AMEND SCHEDULES
PURSUANT TO RULE 1009

---

The above-named debtor, proceeding Pro-se,
respectfully moves the Court for an order as follows:

1. To amend Schedules A/B to account for the amount of assets
attributable to debtor.

---

Copies of revised summary of assets and related documents are
attached hereto, together with a certificate of service verifying that a
copy of the amended schedule and documents has been mailed to the
Bankruptcy Court and trustee.

This motion is based upon the grounds that said amendment is required
because debtor inadvertently miscalculated the percentage of assets
attributed to debtor. Said percentage of assets remain a financial asset
pursuant to UCC 8-103 in regards to a security which is an obligation of a
person or a share, participation or other interest in a person or property
or enterprise of a person which is, or is of a type dealt in or traded on a
financial market.

Debtor maintains that he is a non reporting issuer: "not subject to
the reporting requirements of the Exchange Act because, [(1) it has not

an effective registration statement under the securities act within the
fiscal year,and (3) did not,at the end of the last fiscal year,meet the
shareholder or asset tests under the Exchange Act Registration
requirements,"].

     Debtor's CUSIP #'s are based on debtor's most current records
available due to internet restrictions for incarcerated persons of which
have a net value as follows:

                CUSIP # 3158055655 [$3,870,000,000.00]
                        as of 4/30/2015


                CUSIP # 315918318  [$644,000,000.00 ]
                        as of 1/31/15


                CUSIP # 315805333  [$87,290,000.00]
                        as of 7/30/2015


                CUSIP # 77956H56  [$475,210,000.00]
                        as of 4/30/2015


                CUSIP # 316127802  [$1,895,300,000.00]
                        as of 1/30/2015

respectively, debtor will continue to have an interest,security
entitlement conducive to operations generating from debtor's
aforementioned interest,these facts are undisputed.
Due to the uniqueness of these circumstances,the assets of the debtor are
so intermingled debtor is unable to provide the exact percentage of
assets,equity dictates consolidation OF these assets attributable to
debtor.

     May it please the court,this is not a showing of bad faith or
intentional concealment of property....see( IN RE St. Angelo,189
B.R.24[Bankr.D.R.I. 1995).When debtor became aware this action commenced.
Equity dictates consolidation for percentage of assets attributable to
debtor.

Debtor brings to this courts attention that debtor is permitted to amend a
voluntary petition as a matter of course at anytime before the case is
closed. Pursuant to  rule 1009 ,debtor asks that this exemption be

liberally construed. Petitioner pray that the trustee liquidate debtor's nonexempt assets in a manner that maximizes the return for purposes of this bankruptcy proceeding pursuant to the courts equitable powers provision of U.S.C. 105 [POWERS OF COURT]  and  Section 726 of the Bankruptcy Code,which governs the distribution of the property of the estate,based on percentage of asset calculation total dollar volume of which debtor is beneficiary.

Respectfully
Submitted,

CC:

Date: July 9 2017

CERTIFICATE OF SERVICE

I,ERIC LONG

of

certify:

That I am,and at all times hereinafter mentioned was,
more than 18 years of age;
That on the ___9___ day of July ,2017,I served a copy
of DEBTOR'S MOTION TO AMEND SCHEDULES,pursuant to rule 1009,
to the Bankruptcy Court and trustee,by United States Postal service,
First Class mail. Pursuant to the "prisoner mailbox rule",
[Com v Jones,700 A.2d 423(Pa.1997) . Prisoner is deemed filed
on date prisoner deposits motion with prison authorities and/or
places it in prison mailbox....].
I certify under the penalty of perjury that the foregoing
is true and correct.

Executed    July 9 2017   Eric Long
on

SCHEDULE A/B PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|
| FIDELITY ADVISOR SMALL CAP<br>900 SALEM ST<br>SMITHFIELD RI 02917 | security interest<br>cusip # 3158055655 | % of assets | % of assets |
| FIDELITY ADVISOR REAL ESTATE T-FUND<br>245 SUMMER STREET<br>BOSTON MA | security interest<br>cusip # 315918318 | % of assets | % of assets |
| FIDELITY ADVISOR EQUITY VALUE C-FUND<br>82 DEVONSHIRE STREET<br>V 10 G<br>BOSTON, MA 02109 | security interest<br>cusip # 315805333 | % of assets | % of assets |
| T ROWE PRICE GLOBAL STOCK<br>60 QUEENS VICTORIA STREET<br>LONDON GREATER LONDON<br>EC4T2<br>UNITED KINGDOM | security interest<br>cusip # 77956H456 | % of assets | % of assets |
| FIDELITY DESTINY PORTFOLIOS<br>FIDELITY ADVISOR DIVERSIFIED STOCK FUND CLASS 1 | security interest<br>cusip # 316127802 | % of assets | % assets |

UNSWORN DECLARATION


I, *Eric Long* do hereby verify that
the facts set forth enclosed in this motion are true and correct
to the best of my personal knowledge or information and
belief,and that any false statements herein are made sub
ject to the penalties of rules 1008 and 9011(e), relating to
statements and schedules being verified or contain an unsworn
declaration.


                              _____
                              Signature of Debtor



March 24, 2017

Eric Long
1000 Follies Road, Drawer K
Inmate #LY 2843
SCI Dallas
Dallas, PA 18612

**Key Reference Information**
Document Reference: Notice of Chapter 7 Bankruptcy Case dated February 6, 2017
Re: Eric Long
Plan Sponsor: N/A
Fidelity Reference Number: W804538-24MAR17
Case Number: 17-10828-elf

To Whom It May Concern:

This letter is in response to the above referenced document. Fidelity Workplace Services, LLC ("Fidelity") provides administrative recordkeeping services to qualified employee benefit plans which are maintained by plan sponsors and are subject to the Internal Revenue Code of 1986 ("Code"), as amended, and the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended. These services are provided in accordance with the administrative procedures and plan rules established by the Plan sponsor.

Fidelity's records indicate the Participant is/was participating in employee benefit plans maintained by the Plan Sponsor. However, upon review of the document submitted, the requested action could not be implemented due to the following reason(s):

We are unable to locate any plan accounts for Eric Long from the information provided in this document. In order to assist us in locating the individual, please verify the participant's social security number and forward the correct social security number.

**Contact Information**
Please address all future correspondence regarding this matter to the address below.

Regular Mail                              Overnight Mail
Fidelity Workplace Services, LLC          Fidelity Workplace Services, LLC
PO Box 770003                             100 Crosby Parkway, Mailzone KC1F
Cincinnati, OH 45277-0070                 Covington, KY 41015
1-800 5446666

Sincerely,


Fidelity Workplace Services, LLC
Legal Document Administration

# MORNINGSTAR® Investment Research Center
Provided by Free Library of Philadelphia

End Session

| Home | Companies | Funds | ETFs | Markets | Articles & Videos | Portfolio | Help & Education | Newsletters | Enter a Ticker or Name |

## Fidelity Advisor® Equity Value C FAVCX

Fund Family Data

| Quote | Chart | Fund Analysis | Performance | Rating & Risk | Management | Stewardship | Portfolio | Expense | Tax | Purchase | Filings |

| NAV | NAV Day Change | | TTM Yield | Load | Total Assets | Expenses | Fee Level | Turnover | Status | Min. Inv. |
|---|---|---|---|---|---|---|---|---|---|---|
| **$15.10** | **-0.03 | -0.20%** | | 0.64% | 1.00 | $ 155.9 mil | 1.99% | Above Average | 68% | Open | $ 2,500 |
| As of  Tue 11/17/2015 | USD | | | 30-Day SEC Yield -- | | Category Large Value | | Investment Style Large Value | | | |

### Growth of 10K FAVCX
More...

11/18/2005 - 11/17/2015     Zoom:1M 3M YTD 1Y 3Y 5Y **10Y** Maximum Custom

XNAS:FAVCX:16,606.66 USD     Large Value:17,162.32 USD     S&P 500 TR USD:20,390.06 USD



### Morningstar's Take FAVCX
More...

[Read full Analyst Report](Read full Analyst Report)

| Stewardship Grade | | Morningstar Pillars | |
|---|---|---|---|
| | | Process | --- |
| | | Performance | --- |
| **Role in Portfolio** | | People | --- |
| --- | | Parent | --- |
| | | Price | --- |

### Performance FAVCX
More...

| | YTD | 1 Mo | 1 Yr | 3 Yr * | 5 Yr * | 10 Yr * |
|---|---|---|---|---|---|---|
| Growth of 10,000 | 9,636 | 9,941 | 9,836 | 15,294 | 17,709 | 16,607 |
| Fund | -3.64 | -0.59 | -1.64 | 15.22 | 12.11 | 5.20 |
| +/- S&P 500 TR USD | -5.09 | -1.66 | -4.22 | -1.89 | -2.00 | -2.18 |
| +/- Category | -0.66 | -0.57 | 0.39 | 1.13 | 0.65 | -0.66 |
| % Rank in Cat | 66 | 75 | 50 | 33 | 38 | 69 |

### Morningstar Risk Measures FAVCX
More...

| Risk vs.Category* (1,197) | +Avg | | |
|---|---|---|---|
| Return vs.Category* (1,197) | Avg | | |
| *Overall Ranking | Low | Avg | High |

### Style Map FAVCX
More...

| | Giant | Weighted Average of holdings |
| | Large | |
| | Medium | 75% of fund's stock holdings |
| | Small | |
| | Micro | |

Deep Core Core Core High
Val  Val       Grw  Grw

### Asset Allocation FAVCX
More...

| Cash | 3.87% |
|---|---|
| US Stock | 83.58% |
| Non US Stock | 12.55% |
| Bond | 0.00% |
| Other | 0.00% |
| As of 09/30/2015 | |

### Management FAVCX
More...

Sean Gavin

### Filings FAVCX
More...

| Prospectus | Annual Report |
|---|---|
| Statement of Additional Information | Semi-Annual Report |

FAVCX Fidelity Advisor® Equity Value Fund F AV 6X Quote Price News

| 1/18/2015 | | | | | |
|---|---|---|---|---|---|
| # of Funds in Cat | 1,375 | 1,456 | 1,360 | 1,183 | 1,046 | 726 |

* Annualized returns.

Data as of 11/17/2015. Currency is displayed in USD.

## Top Holdings FAVCX

More...

| | Weight % | Last Price | Day Chg % | 52-Week Range |
|---|---|---|---|---|
| JPMorgan Chase & Co | 4.12 | 67.25 USD | 1.68 | 50.07 - 70.61 |
| Johnson & Johnson | 3.86 | 101.66 USD | 0.16 | 81.79 - 109.06 |
| Wells Fargo & Co | 3.36 | 55.53 USD | 1.02 | 47.75 - 58.76 |
| General Electric Co | 3.24 | 30.16 USD | -0.49 | 19.37 - 30.90 |
| Berkshire Hathaway Inc Class B | 2.92 | 134.63 USD | 1.13 | 125.50 - 152.94 |
| **% Assets in Top 5 Holdings** | **17.49** | | | |

Increase    Decrease    New to Portfolio

Folio Date :09/30/2015, Price data delayed 15 - 20 minutes.

## Top Sectors FAVCX

More...

| | Fund | 3 Yr High | 3 Yr Low | Cat Avg | Fund | Cat Avg |
|---|---|---|---|---|---|---|
| Financial Services | 26.26 | 28.57 | 25.27 | 20.85 | | |
| Technology | 17.15 | 17.15 | 13.54 | 11.76 | | |
| Healthcare | 12.86 | 16.14 | 12.86 | 13.40 | | |
| Consumer Cyclical | 10.44 | 10.44 | 7.79 | 8.66 | | |
| Industrials | 9.10 | 9.10 | 6.40 | 10.67 | | |

Portfolio Date: 09/30/2015

0  5  10  15  20  25 30

## Dividend and Capital Gains Distributions FAVCX

| Distribution Date | Distribution NAV | Long-Term Capital Gain | Short-Term Capital Gain | Return of Capital | Dividend Income | Distribution Total |
|---|---|---|---|---|---|---|
| 12/31/2014 | 15.67 | 0.0000 | 0.0000 | 0.0000 | 0.0160 | 0.0160 |
| 12/12/2014 | 15.10 | 0.0000 | 0.0000 | 0.0000 | 0.0810 | 0.0810 |
| 12/13/2013 | 13.35 | 0.0000 | 0.0000 | 0.0000 | 0.0260 | 0.0260 |
| 12/14/2012 | 10.38 | 0.0000 | 0.0000 | 0.0000 | 0.0570 | 0.0570 |
| 12/17/2010 | 9.23 | 0.0000 | 0.0000 | 0.0000 | 0.0160 | 0.0160 |

Currency: USD

S&P 500 index data: S&P 500 Copyright © 2015

All data supplied by Morningstar Real-Time Data. U.S. intraday real-time exchange quotes are sourced from BATS when available. End-of-day quotes for Nasdaq, NYSE, and Amex securities will appear 15 minutes after close. Graph times are Eastern Standard. © Copyright 2015 Morningstar, Inc.

**Contact us.** Please read our User's Agreement and Troubleshooting documents.
©2015 Morningstar, Inc. All rights reserved.



| NAV | 1-Day Total Return | | | TTM Yield | Load | Total Assets | Expense | Fee Level | Turnover | Status | Min. Inv. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $22.39 | -0.53% | | | 1.31% | 3.50 | $ 889.7 mil | 1.33% | Below Average | 62% | Open | $ 2,500 |

USD | NAV as of 30 May 2017 | 1-Day Return as of 30 May 2017

**30-Day SEC Yield** 1.63%   **Category** Real Estate   **Investment Style** Mid Blend

## Growth of 10K FHETX                    More...

05/31/2007 - 05/30/2017      Zoom:1M 3M YTD 1Y 3Y 5Y 10Y Maximum Custom

XNAS:FHETX:14,837.83 USD      Real Estate:15,029.96 USD      MSCI ACWI NR USD:14,371.71 USD

19.01K
15.01K
11.01K
7.01K
3.01K

2007    2010    2013    2016

2006 2007    2010    2013    2016 2017

### Morningstar's Take FHETX      Access Premium with a free trial!

Read full Analyst Report

**Stewardship Grade**
Premium

**Role in Portfolio**
Premium

| Morningstar Pillars | |
|---|---|
| Process | Premium |
| Performance | Premium |
| People | Premium |
| Parent | Premium |
| Price | Premium |

### Performance FHETX                    More...

| | YTD | 1 Mo | 1 Yr | 3 Yr * | 5 Yr * | 10 Yr * |
|---|---|---|---|---|---|---|
| Growth of 10,000 | 9,992 | 9,996 | 10,051 | 12,021 | 15,503 | 14,838 |
| Fund | -0.08 | -0.04 | 0.51 | 6.33 | 9.17 | 4.02 |
| +/- MSCI ACWI NR USD | -11.03 | -2.23 | -16.95 | 1.02 | -2.28 | 0.33 |
| +/- Category | -0.92 | 0.33 | -2.59 | -0.61 | -0.13 | 0.08 |
| % Rank in Cat | 57 | 38 | 80 | 69 | 52 | 49 |
| # of Funds in Cat | 264 | 272 | 259 | 231 | 202 | 141 |

* Annualized returns.
Data as of 05/30/2017. Currency is displayed in USD.

### Top Holdings FHETX                    More...

| | Weight % | Last Price | Day Chg % | 52-Week Range |
|---|---|---|---|---|
| Simon Property Group Inc | 9.04 | 154.56 USD | -0.26 | 152.09 - 229.10 |
| AvalonBay Communities Inc | 5.68 | 191.87 USD | 0.29 | 158.32 - 194.11 |
| Boston Properties Inc | 5.26 | 120.97 USD | 0.05 | 113.69 - 144.02 |
| Ventas Inc | 5.17 | 66.68 USD | 0.20 | 56.20 - 76.80 |
| Public Storage | 3.99 | 214.86 USD | 0.18 | 200.65 - 262.74 |
| % Assets in Top 5 Holdings | 29.15 | | | |

Increase    Decrease    New to Portfolio
Portfolio Date :04/30/2017, Price data delayed 15 ~ 30 minutes

### Top Sectors FHETX

| | Fund | 3 Yr High | 3 Yr Low | Cat Avg | Fund | Cat Avg |
|---|---|---|---|---|---|---|
| Real Estate | 98.32 | 99.51 | 98.32 | 94.59 | | |

### Morningstar Risk Measures FHETX      More...

Risk vs.Category*
(233)      Avg

Return vs.Category*
(233)      Avg

*Overall Ranking      Low    Avg    High

### Style Map FHETX      More...

Giant
Large
Medium
Small
Micro

Deep Core Core Core High
Val Val   Grw Grw

Weighted Average of holdings

75% of fund's stock holdings

### Asset Allocation FHETX      More...

| | |
|---|---|
| Cash | 1.00% |
| US Stock | 99.00% |
| Non US Stock | 0.00% |
| Bond | 0.00% |
| Other | 0.00% |

As of 04/30/2017

### Morningstar Sustainability FHETX      More...

**Morningstar Sustainability Rating**      **Category** Real Estate

Average      **Sustainability Mandate** No

Percent Rank in Category: 50
**Sustainability Score:** 47
Based on 89% of AUM

Sustainability Score as of 04/30/2017. Sustainability Rating as of 03/31/2017. Sustainalytics provides company-level analysis used in the calculation of Morningstar's Sustainability Score. Sustainability Mandate information is derived from the fund prospectus.

### Management FHETX      More...

## MORNINGSTAR®

This page is temporarily unavailable. We apologize for the inconven again later.

### News, Alerts, and Opinions FHETX      More...
We do not have news for FHETX

### Filings FHETX      More...

| Prospectus | Annual Report |
|---|---|
| Statement of Additional Information | Semi-Annual Report |

| Consumer Cyclical | 1.42 | 1.42 | 0.00 | 1.79 |
| Communication Services | 0.26 | 0.49 | 0.00 | 1.89 |
| Basic Materials | 0.00 | 0.00 | 0.00 | 0.98 |
| Financial Services | 0.00 | 0.00 | 0.00 | 0.19 |

Portfolio Date: 04/30/2017

0  20  40  60  80 100

### Dividend and Capital Gains Distributions FHETX

| Distribution Date | Distribution NAV | Long-Term Capital Gain | Short-Term Capital Gain | Return of Capital | Dividend Income | Distribution Total |
|---|---|---|---|---|---|---|
| 03/03/2017 | 22.74 | 0.0000 | 0.0000 | 0.0000 | 0.0010 | 0.0010 |
| 12/16/2016 | 22.08 | 0.5030 | 0.0000 | 0.0000 | 0.1670 | 0.6700 |
| 09/09/2016 | 23.50 | 0.6730 | 0.0000 | 0.0000 | 0.0670 | 0.7400 |
| 06/03/2016 | 23.82 | 0.0000 | 0.0000 | 0.0000 | 0.0750 | 0.0750 |
| 03/04/2016 | 22.48 | 0.0000 | 0.0000 | 0.0000 | 0.0080 | 0.0080 |

Currency: USD

S&P 500 index data: S&P 500 Copyright © 2017

All data supplied by Morningstar Real-Time Data. U.S. intraday real-time exchange quotes are sourced from BATS when available. End-of-day quotes for Nasdaq, NYSE, and Amex securities will appear 15 minutes after close. Graph times are Eastern Standard. © Copyright 2017 Morningstar, Inc.



MORNINGSTAR® | Investment Research Center℠
Provided by Free Library of Philadelphia

End Session

Home | Companies | Funds | ETFs | Markets | Articles & Videos | Portfolio | Help & Education | Newsletters | Enter a Ticker or Name

# T. Rowe Price Global Stock PRGSX

Fund Family Data

Quote | Chart | Fund Analysis | Performance | Rating & Risk | Management | Stewardship | Portfolio | Expense | Tax | Purchase | Filings

| NAV | NAV Day Change | TTM Yield | Load | Total Assets | Expenses | Fee Level | Turnover | Status | Min. Inv. |
|---|---|---|---|---|---|---|---|---|---|
| $26.16 | 0.63 \| 2.47% | 0.25% | None | $ 538.3 mil | 0.89% | Below Average | 138% | Open | $ 2,500 |

As of Thu 08/27/2015 | USD

30-Day SEC Yield: --
Category: World Stock
Investment Style: Large Growth

## Growth of 10K PRGSX

More...

08/28/2005 - 08/27/2015 Zoom: 1M 3M YTD 1Y 3Y 5Y 10Y Maximum Custom

XNAS:PRGSX:18,943.62 World Stock:17,071.98 MSCI ACWI Ex USA NR USD:14,859.39

## Morningstar Risk Measures PRGSX

More...

| | |
|---|---|
| Risk vs.Category* (975) | High |
| Return vs.Category* (975) | +Avg |
| *Overall Ranking | Low Avg High |

## Style Map PRGSX

More...

Weighted Average of holdings

75% of fund's stock holdings

## Asset Allocation PRGSX

More...

| | |
|---|---|
| Cash | 1.57% |
| US Stock | 53.18% |
| Non US Stock | 44.23% |
| Bond | 0.40% |
| Other | 0.62% |

As of 06/30/2015

## Morningstar's Take PRGSX

More...

Read full Analyst Report

**Stewardship Grade**

**Role in Portfolio**
---

**Morningstar Pillars**

| | |
|---|---|
| Process | --- |
| Performance | --- |
| People | --- |
| Parent | --- |
| Price | --- |

## Management PRGSX

More...

| | Start Date |
|---|---|
| David J. Eiswert | 10/01/2012 |

## Filings PRGSX

More...

| | |
|---|---|
| Prospectus | Annual Report |
| Statement of Additional Information | Semi-Annual Report |

## Performance PRGSX

More...

| | YTD | 1 Mo | 1 Yr | 3 Yr * | 5 Yr * | 10 Yr * |
|---|---|---|---|---|---|---|
| Growth of 10,000 | 10,247 | 9,520 | 10,035 | 15,411 | 17,693 | 18,944 |
| Fund | 2.47 | -4.80 | 0.35 | 15.51 | 12.09 | 6.60 |
| +/- MSCI ACWI Ex USA NR USD | 7.02 | 1.59 | 13.46 | 10.75 | 7.43 | 2.56 |
| +/- Category | 4.18 | -0.66 | 4.90 | 5.12 | 1.93 | 0.92 |
| % Rank in Cat | 12 | 78 | 14 | 5 | 20 | 31 |
| # of Funds in Cat | 1,205 | 1,267 | 1,150 | 942 | 702 | 368 |

* Annualized returns.
Data as of 08/27/2015. Currency is displayed in USD.

## Top Holdings PRGSX

More...

| | Weight % | Last Price | Day Chg % | 52-Week Range |
|---|---|---|---|---|
| Priceline Group Inc | 3.21 | 1263.39 USD | 0.89 | 990.69 - 1395.00 |
| Google Inc Class C Capital Stock | 3.16 | 628.00 USD | -1.51 | 486.23 - 678.64 |
| Allergan PLC | 3.07 | 307.95 USD | -1.29 | 208.64 - 340.34 |
| JPMorgan Chase & Co | 2.94 | 64.06 USD | -0.74 | 50.07 - 70.61 |
| Morgan Stanley | 2.68 | 33.99 USD | -0.93 | 30.40 - 41.04 |
| % Assets in Top 5 Holdings | 15.05 | | | |

Increase   Decrease   New to Portfolio
Portfolio Date :06/30/2015 , Price data delayed 15 ~ 30 minutes

## Top Sectors PRGSX

More...

| | Fund | 3 Yr High | 3 Yr Low | Cat Avg | Fund | Cat Avg |
|---|---|---|---|---|---|---|
| Financial Services | 22.37 | 22.37 | 18.85 | 17.02 | | |
| Technology | 21.96 | 22.47 | 17.34 | 14.03 | | |
| Consumer Cyclical | 12.93 | 12.93 | 9.54 | 12.73 | | |
| Healthcare | 12.81 | 13.15 | 10.45 | 13.22 | | |
| Basic Materials | 9.17 | 10.97 | 8.52 | 3.91 | | |

0  5  10  15  20  25

Portfolio Date: 06/30/2015

## Dividend and Capital Gains Distributions PRGSX

| Distribution Date | Distribution NAV | Long-Term Capital Gain | Short-Term Capital Gain | Return of Capital | Dividend Income | Distribution Total |
|---|---|---|---|---|---|---|
| 12/16/2014 | 24.48 | 0.0000 | 0.1100 | 0.0000 | 0.0700 | 0.1800 |
| 12/17/2013 | 23.31 | 0.0000 | 0.0200 | 0.0000 | 0.0500 | 0.0700 |
| 12/18/2012 | 18.35 | 0.0000 | 0.0300 | 0.0000 | 0.1400 | 0.1700 |
| 12/16/2011 | 15.45 | 0.0000 | 0.0000 | 0.0000 | 0.1200 | 0.1200 |
| 12/16/2010 | 17.71 | 0.0000 | 0.0200 | 0.0000 | 0.0800 | 0.1000 |

Currency: USD

S&P 500 index data: S&P 500 Copyright © 2015

All data supplied by Morningstar Real-Time Data. U.S. intraday real-time exchange quotes are sourced from
BATS when available. End-of-day quotes for Nasdaq, NYSE, and Amex securities will appear 15 minutes after
close. Graph times are Eastern Standard. © Copyright 2015 Morningstar, Inc.

Contact us. Please read our User's Agreement and Troubleshooting documents.
©2015 Morningstar, Inc. All rights reserved.

# M⊙RNINGSTAR®    Investment Research Center℠
Provided by Free Library of Philadelphia

| Home | Companies | Funds | ETFs | Markets | Articles & Videos | Portfolio | Help & Education | Newsletters | Enter a Ticker or Name |

## Fidelity Advisor® Small Cap I  FSCIX |

Fund Family Data

| Quote | Chart | Fund Analysis | Performance | Rating & Risk | Management | Stewardship | Portfolio | Expense | Tax | Purchase | Filings |

| NAV | NAV Day Change | | TTM Yield | Load | Total Assets | Expenses | Fee Level | Turnover | Sta |
|---|---|---|---|---|---|---|---|---|---|
| $28.94 | 0.55 | 1.94% | 0.24% | None | $ 3.1 bil | 0.70% | Low | 39% | Op |

As of  Thu 08/27/2015 | USD

30-Day SEC Yield: --
Category: Small Blend
Investment Style: Small Blend

### Growth of 10K FSCIX                                More...

08/28/2005  -  08/27/2015        Zoom:1M  3M  YTD  1Y  3Y  5Y  10Y  Maximum  Custom

XNAS:FSCIX:22,415.93    Small Blend:18,980.32    S&P 500 TR USD:20,373.15



### Morningstar's Take  FSCIX                        More...

Portfolio manager Jamie Harmon's measured--if sometimes contrarian--approach to investing in smaller-cap names is the centerpiece of Fidelity Advisor Small Cap. Harmon's preference...

Read full Analyst Report

| Stewardship Grade | | Morningstar Pillars | |
|---|---|---|---|
| | | Process | Positive |
| | | Performance | Neutral |
| Role in Portfolio | | People | Positive |
| Supporting | | Parent | Positive |
| | | Price | Positive |

### Morningstar Risk Measures FSCIX

| Risk vs.Category* (647) | Low |
|---|---|
| Return vs.Category* (647) | +Avg |
| *Overall Ranking | Low    Av |

### Style Map FSCIX



Weighted A holdings
75% of fun holdings

### Asset Allocation FSCIX



Cash
US Stock
Non US Stoc
Bond
Other

As of 05/31/201

### Management FSCIX

James M. Harmon

### Filings FSCIX

| Prospectus | Annual Report |
|---|---|
| Statement of Additional Information | Semi-Annual R |

### Performance FSCIX                                More...

| | YTD | 1 Mo | 1 Yr | 3 Yr* | 5 Yr* | 10 Yr* |
|---|---|---|---|---|---|---|
| Growth of 10,000 | 10,105 | 9,647 | 10,357 | 16,120 | 18,780 | 22,416 |
| Fund | 1.05 | -3.53 | 3.57 | 17.25 | 13.43 | 8.41 |
| +/- S&P 500 TR USD | 3.19 | 0.11 | 2.14 | 2.74 | -2.29 | 1.03 |
| +/- Category | 5.22 | 0.28 | 6.44 | 4.37 | -0.36 | 1.58 |
| % Rank in Cat | 6 | 41 | 7 | 5 | 65 | 12 |
| # of Funds in Cat | 761 | 797 | 747 | 606 | 541 | 357 |

\* Annualized returns.
Data as of 08/27/2015. Currency is displayed in USD.

## Top Holdings FSCIX                                                     More...

|  | Weight % | Last Price | Day Chg % | 52-Week Range |
|---|---|---|---|---|
| Russell 2000 Index Mini TIC | 4.46 | — | — | — |
| Global Payments Inc | 2.68 | 112.35 USD | 0.38 | 68.60 - 118.59 |
| Community Health Systems Inc | 2.51 | 53.75 USD | -0.96 | 44.74 - 65.00 |
| CDW Corp | 2.24 | 39.87 USD | -0.55 | 27.59 - 40.28 |
| West Corp | 2.13 | 23.56 USD | 1.86 | 22.31 - 35.98 |
| % Assets in Top 5 Holdings | 14.01 | | | |

Increase    Decrease    New to Portfolio
Portfolio Date :05/31/2015, Price data delayed 15 ~ 30 minutes

## Top Sectors FSCIX                                                     More...

|  | Fund | 3 Yr High | 3 Yr Low | Cat Avg | Fund | Cat Avg |
|---|---|---|---|---|---|---|
| Industrials | 22.26 | 25.79 | 19.72 | 17.60 | | |
| Financial Services | 18.48 | 18.48 | 14.08 | 15.90 | | |
| Healthcare | 14.55 | 14.76 | 13.53 | 10.97 | | |
| Technology | 13.63 | 14.35 | 13.01 | 15.66 | | |
| Consumer Cyclical | 13.27 | 14.34 | 13.14 | 16.21 | | |

Portfolio Date: 05/31/2015                                0   5   10   15   20 25

## Dividend and Capital Gains Distributions FSCIX

| Distribution Date | Distribution NAV | Long-Term Capital Gain | Short-Term Capital Gain | Return of Capital | Dividend Income | Distribution Total |
|---|---|---|---|---|---|---|
| 01/09/2015 | 28.17 | 0.1080 | 0.0000 | 0.0000 | 0.0000 | 0.1080 |
| 12/19/2014 | 28.56 | 3.2980 | 0.0000 | 0.0000 | 0.0820 | 3.3800 |
| 01/10/2014 | 29.42 | 0.1820 | 0.0000 | 0.0000 | 0.0000 | 0.1820 |
| 12/13/2013 | 28.55 | 3.3200 | 0.0000 | 0.0000 | 0.0600 | 3.3800 |
| 12/27/2012 | 23.75 | 0.0000 | 0.0000 | 0.0000 | 0.0040 | 0.0040 |

Currency: USD

S&P 500 index data: S&P 500 Copyright © 2015

All data supplied by Morningstar Real-Time Data. U.S. intraday real-time exchange quotes are sourced from
BATS when available. End-of-day quotes for Nasdaq, NYSE, and Amex securities will appear 15 minutes after
close. Graph times are Eastern Standard. © Copyright 2015 Morningstar, Inc.

Contact us. Please read our User's Agreement and Troubleshooting documents.
©2015 Morningstar, Inc. All rights reserved.

Data through February 28, 2017 FINRA members: For internal or institutional use only.

# Fidelity Advisor® Diversified Stock I

| | | |
|---|---|---|
| Ticker | Yield | Total Assets |
| FDTIX | 1.3% | $1,987 mil |
| Mstar Category |
| Large Blend |

Benchmark 1: Russell 1000 TR USD
Benchmark 2: S&P 500 TR USD

### Morningstar Analyst Rating 04-25-16

**Neutral**

### Morningstar Pillars

| | |
|---|---|
| Process | ○ Neutral |
| Performance | ○ Neutral |
| People | ○ Neutral |
| Parent | ○ Positive |
| Price | ○ Positive |

**Morningstar Analyst Rating**
Morningstar evaluates mutual funds based on five key pillars, which its analysts believe lead to funds that are more likely to outperform over the long term on a risk-adjusted basis.

**Analyst Rating Spectrum**
○ Gold ○ Silver ○ Bronze Neutral Negative

**Pillar Spectrum**
○ Positive ○ Negative ○ Neutral

### Historical Profile

| | |
|---|---|
| Return | Above Avg |
| Risk | High |
| Rating | ★★★ Neutral |

Investment Style
Equity

Growth of $10,000
— Investment Values of Fund
— Investment Values of Benchmark 1

Performance Quartile
(within Category)

| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 02-17 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 16.88 | 8.81 | 12.54 | 15.08 | 15.08 | 17.70 | 23.42 | 23.79 | 20.78 | 23.95 | 25.19 | NAV |
| | 9.00 | -47.66 | 48.03 | 19.41 | -0.18 | 19.29 | 33.83 | 11.00 | -5.44 | 16.91 | 5.18 | Total Return % |
| | 5.23 | -10.06 | 19.60 | 3.31 | -1.32 | 2.86 | 0.72 | -2.24 | -6.36 | 4.85 | -0.27 | +/- Bmark 1 |
| | 3.51 | -10.66 | 21.57 | 4.35 | -1.93 | 3.29 | 1.45 | -2.69 | -6.93 | 4.95 | -0.77 | +/- Bmark 2 |
| | 0.86 | 0.14 | 1.08 | 1.12 | 1.17 | 1.69 | 1.31 | 0.59 | 1.35 | 1.64 | 0.00 | Income Return % |
| | 8.14 | -47.80 | 46.95 | 18.29 | -0.99 | 17.59 | 32.53 | 10.40 | -6.80 | 15.27 | 5.18 | Capital Return % |
| | 73 | 92 | 10 | 7 | 40 | 7 | 29 | 58 | 90 | 3 | 67 | Total Rtn % Rank Cat |
| | 0.13 | 0.02 | 0.10 | 0.15 | 0.18 | 0.26 | 0.23 | 0.14 | 0.32 | 0.34 | 0.00 | Income $ |
| | 0.00 | 0.00 | 0.01 | 0.04 | 0.03 | 0.03 | 0.03 | 0.23 | 1.38 | 0.01 | 0.00 | Capital Gains $ |
| | 0.65 | 0.69 | 0.79 | 0.78 | 0.74 | 0.75 | 0.71 | 0.68 | 0.65 | 0.64 | — | Expense Ratio % |
| | 0.78 | 1.10 | 1.06 | 0.92 | 0.97 | 1.29 | 1.48 | 1.52 | 1.56 | 1.67 | — | Income Ratio % |
| | 148 | 121 | 162 | 102 | 76 | 40 | 56 | 55 | 33 | 46 | — | Turnover Ratio % |
| | 38 | 2 | 1 | 8 | 199 | 225 | 303 | 41 | 44 | 41 | 44 | Net Assets $mil |

### Performance 02-28-17

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 2012 | 13.79 | -4.20 | 8.52 | 0.83 | 19.29 |
| 2013 | 9.38 | 3.62 | 7.48 | 9.87 | 33.83 |
| 2014 | 2.26 | 5.18 | -0.21 | 3.41 | 11.00 |
| 2015 | 0.04 | 0.76 | -9.88 | 4.10 | -5.44 |
| 2016 | 0.10 | 2.12 | 8.00 | 5.90 | 16.91 |

| Trailing | Total Return% | +/- Bmark 1 | +/- Bmark 2 | %Rank Cat | Growth of $10,000 |
|---|---|---|---|---|---|
| 3 Mo | 7.22 | -0.73 | -0.82 | 58 | 10,722 |
| 6 Mo | 11.43 | 1.32 | 1.42 | 16 | 11,143 |
| 1 Yr | 31.71 | 6.18 | 6.73 | 4 | 13,171 |
| 3 Yr Avg | 9.03 | -0.16 | -0.70 | 67 | 12,760 |
| 5 Yr Avg | 13.31 | -0.63 | -0.70 | 34 | 18,682 |
| 10 Yr Avg | 7.59 | -0.19 | -0.11 | 22 | 20,616 |
| 15 Yr Avg | — | — | — | — | — |

| Tax Analysis | Tax Adj Rtn% | %Rank Cat | Tax-Cost Rat | %Rank Cat |
|---|---|---|---|---|
| 3 Yr (estimated) | 6.85 | 49 | 1.56 | 53 |
| 5 Yr (estimated) | 12.12 | 28 | 1.05 | 42 |
| 10 Yr (estimated) | 6.77 | 15 | 0.68 | 32 |

Potential Capital Gain Exposure: 21% of assets

### Morningstar's Take by Katie Rushkewicz Reichart, CFA 04-25-16

Fidelity Advisor Diversified Stock is led by a long-tenured manager who has posted good returns at times, but the fund's poor risk profile and mediocre record overall lead to a Morningstar Analyst Rating of Neutral.

Jim Morrow has led this fund for nearly 10 years. Unlike his other, much bigger charge, Fidelity Equity Income FEQIX, this fund has no stated objectives for yield or volatility, so while there is typically about 50% overlap in holdings, they are quite different. This fund is benchmarked against the S&P 500 and is in the large-blend Morningstar Category, but Morrow has leaned more toward growth-oriented names at times, particularly earlier in his tenure.

The fund has a bit of a contrarian streak. For instance, the fund recently held 9% of assets in energy, above the S&P 500's 7% and the category median of 6%. This bet has nudged the fund into large value-territory in the Morningstar Style Box. It's also weighed on short-term results as energy slumped; the fund landed in the category's bottom decile in 2015, for instance, posting a 5.6% loss as the S&P 500 gained 1.4%. Energy wasn't the

only problem, as the fund didn't get much help from stock-picking in other sectors, either.

The fund has posted strong results at times, particularly in big market rallies in 2009, 2010, 2012, and 2013. But offsetting its success when stocks rise, the fund has continually faltered in down markets, losing 119% as much as the S&P 500 during Morrow's tenure.

Morrow has made some adjustments since posting terrible results in 2008, including trading less and making the portfolio a bit more moderate and less exposed to economically sensitive fare. However, results haven't improved much. The fund's risk-adjusted results during his tenure lag the benchmark and land in the bottom half of the category. The fund won't underperform in every environment and may have brighter days ahead, but its risk profile keeps its rating at Neutral.

| | |
|---|---|
| Address: | Fidelity Destiny Portfolios |
| | Boston, MA 02109 |
| | 877-208-0098 |
| Web Address: | advisor.fidelity.com |
| Inception: | 07-12-05 |
| Advisor: | Fidelity Management & Research Company |
| Subadvisor: | FMR Investment Management (U.K.) Limited |

| | | | |
|---|---|---|---|
| Minimum Purchase: | $2500 | Add: — | IRA: $500 |
| Min Auto Inv Plan: | $2500 | Add: $100 | |
| Sales Fees: | No-load | | |
| Management Fee: | 0.17% | | |
| Actual Fees: | Mgmt:0.42% Dist:— | | |
| Expense Projections: | 3Yr:$214 | 5Yr:$373 | 10Yr:$835 |
| Income Distribution: | Annually | | |

### Rating and Risk

| Time Period | Load-Adj Return % | Morningstar Rtn vs Cat | Morningstar Risk vs Cat | Morningstar Risk-Adj Rating |
|---|---|---|---|---|
| 1 Yr | 31.71 | | | |
| 3 Yr | 8.55 | Avg | +Avg | ★★★ |
| 5 Yr | 13.31 | Avg | +Avg | ★★★ |
| 10 Yr | 7.50 | +Avg | High | ★★★ |
| Incept | 8.39 | | | |

| Other Measures | Standard Index | Best Fit Index |
|---|---|---|
| Alpha | -2.4 | 2.2 |
| Beta | 1.06 | 1.10 |
| R-Squared | 89 | 92 |
| Standard Deviation | 11.62 | |
| Mean | 8.55 | |
| Sharpe Ratio | 0.75 | |

### Portfolio Analysis 01-31-17

Total Stocks: 165

| Share change since 12-31-16 | Sector | YTD Ret % | % Assets |
|---|---|---|---|
| ⊕ Fidelity Revere Str Tr | | — | 4.41 |
| Apple Inc | Technology | 18.77 | 3.06 |
| ⊕ Alphabet Inc C | Technology | — | 2.78 |
| Comcast Corp Class A | Comm Svcs | 8.39 | 2.73 |
| Cisco Systems Inc | Technology | 13.96 | 2.54 |
| ⊖ JPMorgan Chase & Co | Finan Svcs | 5.57 | 2.19 |
| ⊕ Bank of America Corporati | Finan Svcs | 11.67 | 2.17 |
| Procter & Gamble Co | Cnsmr Def | 9.11 | 2.04 |
| Facebook Inc A | Technology | 17.81 | 1.92 |
| Berkshire Hathaway Inc B | Finan Svcs | 5.18 | 1.70 |
| Radian Group Inc | Finan Svcs | 3.52 | 1.62 |
| Johnson & Johnson | Hlth Care | 6.77 | 1.61 |
| Blackstone Group LP | Finan Svcs | 11.02 | 1.58 |
| ConocoPhillips | Energy | -4.60 | 1.58 |
| ⊕ Williams Companies Inc | Energy | -8.99 | 1.57 |
| ⊕ State Street Corp | Finan Svcs | 2.56 | 1.48 |
| ⊕ Morgan Stanley | Finan Svcs | 8.57 | 1.43 |
| Walt Disney Co | Cnsmr Cyc | 5.63 | 1.43 |
| ⊕ General Electric Co | Industrl | 3.95 | 1.42 |
| Chubb Ltd | Finan Svcs | — | 1.36 |

### Current Investment Style

Value Blend Growth
Large Mid Small

| | Market Cap | % |
|---|---|---|
| | Giant | 49.4 |
| | Large | 32.4 |
| | Mid | 12.2 |
| | Small | 5.0 |
| | Micro | 1.0 |
| | Avg $mil: 60,507 | |

| Value Measures | | Rel Category |
|---|---|---|
| Price/Earnings | 15.87 | 0.88 |
| Price/Book | 2.10 | 0.80 |
| Price/Sales | 1.60 | 0.89 |
| Price/Cash Flow | 8.37 | 0.83 |
| Dividend Yield % | 2.86 | 1.30 |

| Growth Measures | % | Rel Category |
|---|---|---|
| Long-Term Erngs | 9.54 | 1.04 |
| Book Value | 3.04 | 0.96 |
| Sales | 0.69 | 0.73 |
| Cash Flow | 0.08 | 0.04 |
| Historical Erngs | 3.62 | 0.58 |

| Profitability | % | Rel Category |
|---|---|---|
| Return on Equity | 15.95 | |
| Return on Assets | 5.31 | |
| Net Margin | 11.75 | |

| Sector Weightings | % of Stocks | Rel Bmark 1 |
|---|---|---|
| ⟳ Cyclical | 37.61 | 1.09 |
| 🏠 BasicMat | 2.85 | 0.95 |
| 🛒 CnsmrCyc | 9.43 | 0.80 |
| 💰 FinanSvcs | 24.86 | 1.52 |
| 🏡 Real Est | 0.47 | 0.14 |
| ⟲ Sensitive | 39.44 | 0.99 |
| 📡 CommSrvs | 5.00 | 1.28 |
| ⚡ Energy | 10.25 | 1.61 |
| ⚙ Industrl | 9.44 | 0.86 |
| 💻 Technlgy | 14.75 | 0.79 |
| → Defensive | 22.96 | 0.89 |
| 🛡 CnsmrDef | 6.45 | 0.72 |
| ✚ Hlthcare | 13.34 | 0.97 |
| 🔌 Utilities | 3.17 | 1.03 |

### Composition - Net

| | | % |
|---|---|---|
| ● Cash | | 4.6 |
| ● Stocks | | 95.3 |
| ● Bonds | | 0.0 |
| ● Other | | 0.1 |
| Foreign | | 7.9 |
| (% of Stock) | | |

©2017 Morningstar, All Rights Reserved. The data and analyses herein does not constitute investment advice; is provided solely for informational purposes; is not an offer to buy/sell a security; and is not warranted to be correct, complete or accurate. Morningstar is not responsible for any trading decisions, damages or losses resulting from, or related to, the data and analyses or their use.

MORNINGSTAR® Mutual Funds

**ERIC LONG (SS 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)**
**T. Rowe Price Global Stock Fund**
Symbol:                    PRGSX
CUSIP:                     **77956H856**

Inception Date:            12/29/1995
Net Assets:                $465,210,000.00 as of
                           4/30/2015
Portfolio Assets:          $465,210,000.00 as of
                           4/30/2015

A little about the Fund:

The fund will diversify broadly by investing in a variety of industries in developed and,
to a lesser extent, emerging markets. It normally invests in at least five countries, one of
which will be the U.S. Under normal conditions, at least 80% of the fund's net assets
(including any borrowings for investment purposes) will be invested in stocks and at least
40% of the fund's net assets will be invested in stocks of companies outside the U.S.



**Your CUSIP Results are as follows:**

**ERIC LONG (SS 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)**
**Fidelity Advisor Small Cap I Fund (1 Minors)**
Symbol:                    FSCIX
CUSIP:                     **315805655**

Inception Date:            9/12/2002
Net Assets:                $3,870,000,000.00 as of
                           4/30/2015
Portfolio Assets:          $3,870,000,000.00 as of
                           4/30/2015

A little about the Fund:

The investment seeks long-term growth of capital. The fund normally invests at least
80% of assets in equity securities issued by companies with small market capitalizations.
These companies generally have market capitalizations that fall within the range of the
Russell 2000 index or the Standard & Poor's SmallCap 600 index. It invests primarily in
common stocks. The fund may invest in domestic and foreign issuers, as well as growth
stocks, value stocks, or both.

25

**<u>Your CUSIP Results are as follows:</u>**

**ERIC LONG (BC 166648[0]-1969-1931957)**
**Fidelity Advisor Equity Value C Fund (3 Minors)**
Symbol:                    FAVCX
CUSIP:                    315805333

Inception Date:            5/9/2001
Net Assets:                $87,290,000.00 as of
                                7/30/2015
Portfolio Assets:          $87,290,000.00 as of
                                7/30/2015

A little about the Fund:

The investment seeks capital appreciation. The fund normally invests at least 80% of
assets in equity securities. The portfolio primarily invests in common stocks. It may
invest in securities of both domestic and foreign issuers. The fund invests in securities
of companies that are believed to be undervalued in the marketplace in relation to factors
such as assets, sales, earnings, growth potential, or cash flow, or in relation to securities
of other companies in the same industry.



Your CUSIP Results are as follows:

ERIC LONG (CC CP-51-CR-0001458-[2011])
Fidelity Advisor Real Estate T Fund
Symbol:                    FHETX
CUSIP:                     315918318

Inception Date:            9/12/2002
Net Assets:                $644,000,000.00 as of
                           1/31/2015
Portfolio Assets:          $644,000,000.00 as of
                           1/31/2015

A little about the Fund:

The investment seeks above-average income and long-term capital growth. The fund
normally invests at least 80% of assets in securities of companies principally engaged in
the real estate industry and other real estate-related investments. It can invest in both
domestic and foreign issuers. The fund is non-diversified.



**Your CUSIP Results are as follows:**

**ERIC LONG (PHOTO ID # 677-714 PA)**
**Fidelity Advisor Diversified Stock Fund - Class I**
Symbol:                    FDTIX
CUSIP:                     316127892

Inception Date:            7/10/1970
Net Assets:                $1,895,300,000.00 as of
                           1/30/2017
Portfolio Assets:          $1,895,300,000.00 as of
                           1/30/2017

**A little about the Fund:**

Normally investing at least 80% of assets in stocks. Investing in either "growth" stocks or
"value" stocks or both. Normally investing primarily in common stocks.

