**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ERIC LONG, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No. 17-10828 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Amend Schedules ("the Motion") (Doc. # 55), it is hereby **ORDERED** that the Motion is **DENIED**.[1]

**Date: July 18, 2017**

_____
**ERIC L. FRANK**
**\CHIEF U.S. BANKRUPTCY JUDGE**

cc:    Eric Long
       1000 Follies Road, Drawer K
       Inmate #LY 2843
       SCI Dallas
       Dallas, PA 18612

---

[1] The Motion is being denied for two (2) distinct reasons. First, no motion is required to amend the bankruptcy schedules. Second, to the extent that the Debtor submitted amended schedules along with the Motion, the amended schedules have not been verified. See Fed. R. Bankr. P. 1007(b)(1) (requiring schedules be filed as prescribed by the Official Forms; Official Form B106Dec (requiring debtor's signature under penalty of perjury).