UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ERIC LONG, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No. 17-10828 ELF |

# ORDER

**AND NOW,** upon consideration of the Debtor's letter dated **July 20, 2017**, received by the court on **July 27, 2017**, which shall be treated as a motion for turnover under 11 U.S.C. §542, it is hereby **ORDERED** that the motion is **DENIED**.[1]

Date: July 27, 2017

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

cc:   Eric Long
      1000 Follies Road, Drawer K
      Inmate #LY 2843
      SCI Dallas
      Dallas, PA 18612

---

[1] Under 11 U.S.C. §542, the right of turnover belongs to the trustee, the representative of the bankruptcy estate, not to the chapter 7 debtor.