United States Bankrupty
Courts Eastern District
of Philadelphia PA. 19107
Chief Bankrupty Judge
Mr. Eric L. Frank

7/2/17

NO 17-10828 elf

Mr Frank

This is Eric Long and I'm writing to you in referance to this Bankruptcy Case under Rule 501 Powers of the courts. I'm stating that you have the power to fix this. I believe Mr Dershaw is saying this because these officials Connecting me to A Voluntary Employment Welfale program / Life Insurance called (VEBA) / ERISA) which I never consented to or Volutered to. This was done without my knowledge or consent I've done a little research and I understand my position in this program that these officials got me Attach to threw Fidelity and T-Rowe Price. and because of my Birthright. I Feel I have A right of recoupement, why would I volunterliy sign up For A Death Benifit? However I'm just

(2)

Asking For Fairness. ~~I could Terminate This Issue~~. But by the powers of the Court I'm Asking you to Fix this issue. I Just want to be separated From cusip# (315918318) I don't care about the Accounts, also I Feel I have A right of recoupment From (Cusip#315805333) Which is my Birthright. Certainly I did'nt give them permission To place me in this VeBA/ERISA) program. I would be willing to come To An Agreement plan with All parties iNVOled but I do feel like I have A right to something. This is still Fraud on their part. But I'm willing To let them continue to operate These Accounts any way they want, But I feel I should have A right of A small percentage because of this act that these officials are committing and threw the powers of the court I'm Asking that you Fix this. Thank you for your time on this matter

Eric Long LY2843
SCI Dallas
1000 Follies Road
Dallas PA, 18612