United States Bankruptcy Judge
① For the Eastern District of Philadelphia Pennsylvania
United States Bankruptcy Courts

No 17-10828eH

8-3-17

FILED
AUG 9 2017

Mr. Frank,

My name is Eric Long and I'm currently in a SCI at Dallas. Located in Luzerne Co. PA. My reason for writing to you is because I have a hearing in your courtroom on 8-16-17 and I want to be brought down to the hearing so I'm asking you to please send a writ for me to atten this hearing. Also Mr Dershaw is attempting to say he believes these assets don't exist. Which does'nt make sense. I sent you a copie of the letter I got from the Dept. of Revenue in relation to the accounts related to this Bankruptcy case. They telling me to file my taxes on these accounts, which brings me to



my next Question. MR Frank these officials is commiting fraud, by filing these taxes threw my name. I understand that where the Burden of proof is on the I.R.S. is the United States Bankruptcy Court. So I would like to challenge assessment and threw Rule 105 Power of the court you have The Power to do so. enclosing I want to Thank you for your Time on this matter. Also I thought these officials had til 8-5-17 to file A Govement proof of claims Isn't this grounds for a Automatically granted discharge upon expiration of the period for filing? Pursuant to Fed.R.Bankr.P.4004. once again MR Frank I'm asking you Could you Please have some marshals come up here so I can be at this hearing in person?