**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | ERIC LONG, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No. 17-10828 ELF |

# O R D E R

**AND NOW,** upon consideration of the Chapter 7 Trustee's Motion to Dismiss Case ("the Motion") (Doc. # 52);

**AND**, after a hearing;

**AND**, it appearing that the Debtor has not provided documents requested by the Trustee verifying the existence of certain valuable assets which the Debtor claims to own and in which the bankruptcy estate would have an interest;

**AND**, it also appearing, however, that it is very unlikely that such assets actually exist;

**AND**, it being a logical impossibility for the Debtor to produce verification of his ownership of non-existent assets;

**AND**, the court, therefore being unable to conclude that the Debtor is not cooperating with the Trustee to a degree that would warrant dismissal of this apparently no-asset chapter 7 bankruptcy case;

**AND**, at the same time, in the unlikely circumstance that the assets described above do exist and are owned by the Debtor, in light of the Debtor's failure to produce the documents requested by the Trustee, it would be inequitable to permit the bankruptcy estate's interest to pass back to the Debtor by operation of law upon the closing of this bankruptcy case, see 11 U.S.C. §554(c);

It is therefore **ORDERED** that:

1. The Motion is **DENIED**.

2. This case shall proceed in the ordinary course and the Trustee shall file his final report forthwith.

3. Upon the closing of this bankruptcy case, with respect to all assets as to which the Trustee has requested, but has not received from the Debtor, documents verifying their existence and the Debtor's ownership, such assets **SHALL NOT BE ABANDONED** by the bankruptcy estate.  See 11 U.S.C. §554(c) (property not administered is abandoned upon closing of the case, unless the court orders otherwise).

**Date: August 22, 2017**

**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**

cc: Eric Long
    1000 Follies Road, Drawer K
    Inmate #LY 2843
    SCI Dallas
    Dallas, PA 18612