STATES BANKRUPTCY COURT
for the EASTERN District of PA,

(1)

Chapter 7
NO 17 10828e

Motion to move to

FILED
SEP - 8 2017
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Reopen A close bankruptcy case
(Rule 5010) Rule 350(b) 9024 FeD R. BANKr

Debtor is Seeking to
have his Chapter 7 case reopen
To Administer Assets, to Accord
relief to the debtor, or for other
cause Rule 350(b) Reason the
② Exhibits A, B Attach to
This motion, which Cleary shows
That there's Assets to be
Administered to Accord relief
to the debtor from the Evidence
From fidelity and the Department
of Revenue. so Im requesting
Under Rule 105 power of the
Court. and Rule 5010, That
this court reopen's this case
for section 350(B) enclosing
Debtor is Asking because I feel
I have a right of recoupement
and Im doing everything that
I can to have these Assets
Administered and distribute to

pay creditors and to recieve
The relief that's due to the debtor.
Debtor feels that he's shown good
faith and good cause. Mainly
because of the efforts put
forth by the debtor. So I'm
requesting to have another
Trustee appointed and under
Rule 704 (A)11 Rule 105 Power
of the court. I'm asking to atleast
Cusip # 315805333 be administered
to pay creditors because of the
Assets itself, represents my Birthright
Also I don't feel that the
Trustee did a thorough investigation
of these assets Exhibits A/B/
Shows that. So I'm asking that
the case be reopen and referral
to Rule 350(B) A case may be reopened
in the court in which such case
was closed to administer Assets,
To Accord relief to the debtor,
or for other cause. MR Frank
These two Exhibits came from
Those officials fidelity. & Dept
of Revenue. and because of that
I feel these Assets should be dischage to me.

BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF REVENUE

February 08, 2017,

EXIBIT (A)

ERIC LONG
1000 FOLLIES ROAD
DALLAS PA 18612

Dear ERIC LONG:

     Re:   ERIC LONG
           Case Number: 17-10828

    The Department of Revenue recently learned that the above referenced debtor has filed · for protection under Chapter 07 of the U.S. Bankruptcy Code, Title USCS § 1101 et. seq. or §1301 et. seq.

    In reviewing the tax accounts associated with the case, the Department has determined that tax returns have not been filed for the following tax accounts and tax periods.

| Type of Tax | Tax I.D. Number | Unfiled Periods |
|---|---|---|
| Annual | xxx-xx-7086 | 2015* 2014* 2013* 2012* |

*Annual Tax -- Please attach all W2s and/or schedules with your signed PA40.

    Please file these tax returns by mailing them to the above address within the next ten days. This will enable the Department to file a claim which at least represents the taxpayers self-assessed tax liabilities. If the debtor is not required to file tax returns for certain periods, provide us with a written explanation.

Sincerely,

Bankruptcy Review Section
Bankruptcy Division
Telephone:
Fax: (717) 783-4331

cc: WILLIAM C MILLER



March 24, 2017


ExihiBiT (B)

Eric Long
1000 Follies Road, Drawer K
Inmate #LY 2843
SCI Dallas
Dallas, PA 18612

**Key Reference Information**
Document Reference: Notice of Chapter 7 Bankruptcy Case dated February 6, 2017
Re: Eric Long
Plan Sponsor: N/A
Fidelity Reference Number: W804538-24MAR17
Case Number: 17-10828-elf

To Whom It May Concern:

This letter is in response to the above referenced document. Fidelity Workplace Services, LLC ("Fidelity") provides administrative recordkeeping services to qualified employee benefit plans which are maintained by plan sponsors and are subject to the Internal Revenue Code of 1986 ("Code"), as amended, and the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended. These services are provided in accordance with the administrative procedures and plan rules established by the Plan sponsor.

Fidelity's records indicate the Participant is/was participating in employee benefit plans maintained by the Plan Sponsor. However, upon review of the document submitted, the requested action could not be implemented due to the following reason(s):

We are unable to locate any plan accounts for Eric Long from the information provided in this document. In order to assist us in locating the individual, please verify the participant's social security number and forward the correct social security number.

**Contact Information**
Please address all future correspondence regarding this matter to the address below.

| Regular Mail | Overnight Mail |
|---|---|
| Fidelity Workplace Services, LLC | Fidelity Workplace Services, LLC |
| PO Box 770003 | 100 Crosby Parkway, Mailzone KC1F |
| Cincinnati, OH 45277-0070 | Covington, KY 41015 |

1-800 544 6665

Sincerely,

Fidelity Workplace Services, LLC
Legal Document Administration

# PENNSYLVANIA STATUTES

## Pennsylvania Statutes

## Chapter 1. The Fiscal Code

## Article II. Department of Revenue

### § 212. Examination of books, etc., by expert accountants

For the purpose of investigating the books, accounts, documents, or papers of any person, association or corporation, liable by law to make report to the Department of Revenue, or any county officer acting as agent for the Commonwealth, for the purpose of taxation, the department may employ, from time to time, one or more expert accountants, who shall have power to inspect the same and report thereon, but any such investigation shall be limited to such of the books as bear upon the subject matter of the tax under investigation.

### § 213. Duty to furnish record of tax liens

It shall be the duty of the Department of Revenue to furnish to any person applying therefor, upon the payment of a fee of two dollars ($ 2.00) for the use of the Commonwealth, a certificate showing the character and amount of all liens that may be of record in the department against any corporation, association or person under the provisions of any law of this Commonwealth.

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.