17-10828 ELF



9-3-17

Mr Frank,

This is Eric Long, and I'm writing to you to ask you a few questions. My first questions is Rule 105 power of the court couldn't you appoint a trustee Lawyer to request a turnover of property Rule 542/543, from the Department of Revenue to retrieve those tax Accounts that's associated to this case? Then upon recieving them Could you reopen this case under Rule 350(B) A case may be reopened in the court in which such case was closed to administer Assets. To Accord relief to the debtor, or for other cause? Mr Frank I'm sending you another copy. Can't we request These Accounts? They have a rule under Pennsylvania Statutes.

Case 17-10828-elf Doc 71 Filed 09/08/17 Entered 09/12/17 14:05:12 Desc Main Document Page 3 of 7



(2)

It's rule (212) Examination of books etc, by expert Accountants, and they have Rule (213) Duty to furnish record of tax liens. Isn't this enough to see the Accounts that the Department of Revenue is talking About? Im Sending you a copy of the letter I sent to the Dept. of Revenue I sent them two dollars, and ask Them for this information that They ask me to File these taxes on. MR. Frank Im doing the best I can. Could you order those Accounts from the Department of Revenue? Thank you for your time on this matter. MR Frank Im Sending you a copy of the letter I sent to Department of Revenue

/s/ Eric Berg

Pennsylvania Statutes
Chapter 1. The Fiscal Code
Article II. Department of Revenue

8-30-17

Chapter 7
BANKruptcy NO.
17-10828 elF

RE DepArtmenT of Revenue

In responce to your letter dated Feb 8, 2017, Im reQuesting That you send me A printout of these Accounts that you are reviewing that's Associated to my Chapter 7 BANKruptcy Case Uder Rule (213)(212) Article II. Department of Revenue CHapter 1 The fiscal code Pennsylvania Statutes (212) Examination of Books, etc, by expert Accountants. 213 Duty to furnish records of tax liens. Cusip# 315805666 Cusip# 315805333 / 315918318 / 77956H856 enclosed is $2.00 dollars Im asking you for A printout of the Accounts That's Associated with the Case. So I can handle my Affairs. Thank you for your time on this matter. Im also sending you A copy of the letter you sent me    Eric Frary

Cc: Eric L. frank

EXihiBiT A

BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE



February 08, 2017

EXHIBIT A

ERIC LONG
1000 FOLLIES ROAD
DALLAS PA 18612

Dear ERIC LONG:

    Re:    ERIC LONG
            Case Number: 17-10828

    The Department of Revenue recently learned that the above referenced debtor has filed for protection under Chapter 07 of the U.S. Bankruptcy Code, Title USCS § 1101 et. seq. or §1301 et. seq.

    In reviewing the tax accounts associated with the case, the Department has determined that tax returns have not been filed for the following tax accounts and tax periods.

| Type of Tax | Tax I.D. Number | Unfiled Periods |
|---|---|---|
| Annual | xxx-xx-7036 | 2015* 2014* 2013* 2012* |

*Annual Tax -- Please attach all W2s and/or schedules with your signed PA40.

    Please file these tax returns by mailing them to the above address within the next ten days. This will enable the Department to file a claim which at least represents the taxpayers self-assessed tax liabilities. If the debtor is not required to file tax returns for certain periods, provide us with a written explanation.

                            Sincerely,

                            Jacalyn Boyn

                            Bankruptcy Review Section
                            Bankruptcy Division
                            Telephone: (717) 214-2767
                            Fax: (717) 783-4331

cc: WILLIAM C MILLER