U.S. Bankruptcy Court
Eastern District of Pennsylvania
(1) (Philadelphia) Bankruptcy Petition #17-10828elf



Eric Long
NO# 17-10828 elf

9-28-17

Mr. Frank

I'm writing to you to ask you a couple of questions. I had a family member go to the Clerk of the Courts. To get me a updated docket sheet to see what MR Dershaw wrote as his final report of no distribution. MR Frank if he's saying that no Assets exist, and that he fully Administered he says key information about this case as reported in or otherwise found in the case record. This case was pending for 7 months. So if nothing exist why is he saying $18869491676.52. Claims Assets are Exempt? Then he's saying Claims scheduled $11396.00 claims Asserted. NOT Applicable, Claims Scheduled to be discharged without payment (without deducting the value

(2)

of collateral or debts excepted from discharge) $11396.00. So I'm saying this amount that he's claiming as exempt $18,869,491,676.52 has to be the statement of accounts. Because I didn't write that down on my schedules. So who is this $11396.00 scheduled to be discharge to? and how can that be possible if nothing exists?. MR Frank I would never have saw his report if my family member didn't come down there to get me a docket sheet, cause noone sends me none this is why I'm kinda in the dark. Because the whole time MR Dershaw was appointed 2-8-17, I only had one dealing with him, That was the 341 meeting on 8-16-17 he never sent me any notices or anything up until that date 8-16-17, Enclosing I want to thank you for your time on this matter. MR Frank these figures had to come from Somewhere. $18,869,491,676.52 / and $11396.00 150 how can he say nothing exists?

Case 17-10828-elf    Doc 73    Filed 10/03/17    Entered 10/04/17 10:01:33    Desc Main
Document    Page 4 of 4