Case 17-10828-elf  Doc 77  Filed 11/20/17  Entered 11/21/17 13:51:53  Desc Main
Document    Page 1 of 9

1145-17

U.S. Bankruptcy Court
Eastern District of Pennsylvania

(1)

#17-10828-elf

Mr Frank,

ON APRIL 18, 2017 (Doc. #'s 27, 28) which you treated as a motion. Section (B) on your order dated 4-27-17 and entered 4/28/17 which I have copies of. You ordered the clerk to serve this motion to waive the financial management course you stated that It is ordered that any response to this motion shall be filed on or before May 24, 2017. A hearing on the motion shall be scheduled for 5/31/2017 at 10:00 AM in NIX1-Courtroom #1. If no response is filed. The Court may rule on the motion without a hearing. (BO. John) Entered 4/28/17 Noone never responded on or before May 24 2017. and on 5/31/2017 at 10:00 AM in nix 1-Courtroom #1 noone never responded. So here TURN OVER

(2)

we are it's November 9 2017 7 months later. which was suppose to been Ruled on months ago. They never responded to my motion. So at what point do they be held accountable for their actions? Mr. Frank this is a lack of Due Dilligence on their part. Because I already ask that this Financial management course be waive months ago. noone responded. So Im asking that this Discharge be granted. I feel Ive done what I could to satisfy the requirements 11 U.S.C. 109(H). you stated that I must establish he lacks access, by telephone or internet, due to constraints placed on him by the Department of Corrections. Mr. Frank in order to do this it has to be done by a private phone we don't have that as inmate or a private computer. These officials here won't just let me do this. You would have to contact them to have this done. or waive it. Thank you for your time on this matter.

IV: XXX-XX-7086

U.S Bankruptcy Court
Eastern Dist of Pennsylvania (Philad
Bankruptcy Petition # 17-10828-e

APR 18 2017

Certification About A Financial
Management Course

I would like to file a motion to ask that the financial management course certification of completion be waived. Because Im incarcerated and if it requires any part that has to be done by phone. I will not be able to get it done because these people here would have to be notified that I need to use the phone. or If it's just a form 423, can you please send me the form to fill out? But if possible Im asking for the court to have this waived if it has anything to do with the phone. Thank you for your time on this matter (over)

Eric Long LY2843
1000 Follies Road
Dallas PA, 18612

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ERIC LONG,    :    Chapter 7
:
Debtor    :    Bky. No. 17-10828 ELF

## ORDER

**AND NOW, WHEREAS:**

A. By letters dated **April 18, 2017** (Doc. #'s 27, 28), which collectively will be treated as a motion ("the Motion"), the Debtor asserts that he is incarcerated at S.C.I. Dallas, that he does not have access to a computer or telephone privileges that would permit him to complete a management course as required by 11 U.S.C. §727(a)(10); Fed. R. Bankr. P. 1007(b)(7); see also Fed. R. Bankr. P. 109(h)(4).

B. As a result, in the Motion, the Debtor has requested that the court waive financial management course requirement for entry of a chapter 7 discharge.

It is therefore **ORDERED** that:

1. The Clerk shall cause the Bankruptcy Noticing Center to serve this Order on all parties listed on the mailing matrix list of creditors.

2. Any response to the Motion shall be filed **on or before May 24, 2017**.

3. If any response is filed, the Clerk shall schedule a hearing on the Motion on **May 31, 2017, at 10:00 a.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA**. If no response is filed, the court may rule on the Motion without a hearing.

Date: **April 27, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc: Eric Long
1000 Follies Road, Drawer K
Inmate #LY 2843
SCI Dallas
Dallas, PA 18612