UNITED STATES BANKRUPTCY COURT
for the EASTERN DISTRICT of PhilA

(1)



DOCKET # 17-10828 elf

MR. Frank,

My Name is Eric Long LY2843 and I'm writing to you to ASK you why hasn't anyone told me anything. and why is it that everytime my family member calls the courthouse clerk. They keep telling them call Back on this day or that day and nothing's being resolved? MR Frank under Rule 1109(B) Right To be heard. It states that I have A right to Appear and be heard on any issue in A case ▓▓▓▓▓▓ ▓▓▓▓▓▓. I filed my petition back in febuary it's been 11 months Im just asking for fairness once again. MR Dershaw can't say these Accounts don't exist and then file A final report and say what he said As far As

(2)

Saying $18,869,491,676.52 is exempt and $11396.00 is Scheduled for discharged. MR Frank this trustee Lawyer has done nothing but Contradict hisself threw this whole entire Case. This is why IM asking that another trustee Lawyer be Assigned to Administer these assets or possibly Come to Some type of Agreement where As All parties involved can be Okay with. As I stated before Im not trying to be Complicated. I want to make it easy for everyone But it's been 11 months til today so Im asking under Rule 1109(B) That I be brought down to Court or that Someone Comes up here To S.C.I. DALLAS to see me. So we can be Finish with this Case. I understand that you may not want to keep Seeing This case on your Calender. So can we please see if we can get this dealt with, Cause As I stated before Atleast this CUSIP # Should be dealt with #3105805333) Along w,

This one #315918318) that's all Im asking for. Since MR Dershaw has already stated these figures as he reported that's in the records as key information. which seems to me to be the statement of accounts. enclosing I want to thank you for your time and assistance on this matter. Also IF noone is going to come see me Than Im asking under Rule 1109(B) That the deputies come up here To bring me down to a right to be heard hearing. Because if you review everything that MR. Dershaw has did or said he's done nothing but contradict hisself Threw this whole case.

Eric Long

Eric Long LY2843
1000 Follies Road
Dallas PA, 18612