United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10828-elf
Eric Long                                                                 Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 1          Date Rcvd: Dec 01, 2017
                             Form ID: 318          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db          +Eric Long,   1000 Follies Road, Drawer K,   Inmate #LY 2843,   SCI Dallas,
             Dallas, PA 18612-9515
13865985    +Chase Bank,   240 Emery Street,   PO Box 20410,   Lehigh Valley PA 18002-0410
13872354    +Department of Justice,   Room 113 LOC,   Washington DC 20530-0001
13872345    +Equifax,   PO Box 740241,   Atlanta GA 30374-0241
13872346    +Experian,   Profile Maintenance,   PO Box 9558,   Allen TX 75013-9558
13872350    +Fidelity Advisor,   245 Summer Street,   Boston MA 02210-1133
13872351    +Fidelity Advisor,   500 Salem Street,   Smithfield RI 02917-1288
13872349    +Fidelity Advisor,   Equity Value,   82 Devonshire Street,   Boston MA 02109-3605
13872348     PA Dept of Revenue,   Bankruptcy Division,   Bureau of Compliance,   PO Box 280946,
             Harrisburg PA 17120-0946
13872355     Securities Exchange,   Dept. of Financial Inst.,   Philadelphia PA 19107
13872352     T Rowe Price,   Queens Victoria Street,   London Greater,   London EC4N-4T2,   United Kingdom
13872353     US Department of Treasury,   Acosta FEBO,   Building 62,   San Juan PR  00902-4140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: BTPDERSHAW.COM Dec 02 2017 01:58:00     TERRY P. DERSHAW,   Dershaw Law Offices,
             P.O. Box 556,   Warminster, PA  18974-0632
smg          E-mail/Text: bankruptcy@phila.gov Dec 02 2017 02:03:31     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2017 02:02:52
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2017 02:03:17     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13872343     E-mail/Text: bankruptcy@phila.gov Dec 02 2017 02:03:31     City of Philadelphia,   15th Floor,
             1515 Arch Street,   Philadelphia PA 19102
13872344     E-mail/Text: bankruptcy@phila.gov Dec 02 2017 02:03:31     City of Philadelphia,
             Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd Room 580,   Philadelphia PA 19102
13865984    +EDI: CAPITALONE.COM Dec 02 2017 01:58:00     Capital One Bank,   PO Box 71083,
             Charlotte NC 28272-1083
13872347     EDI: IRS.COM Dec 02 2017 01:58:00     IRS,   PO Box 7346,   Philadelphia PA 19101-7346
                                                                                        TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
            DAVE P. ADAMS   on behalf of U.S. Trustee   United States Trustee dave.p.adams@usdoj.gov
            TERRY P. DERSHAW   td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Eric Long** | Social Security number or ITIN | **xxx–xx–7086** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | | |
| Case number:   **17–10828–elf** | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eric Long
aka Lamont Booker, aka Jerrell Popular, aka
Larry Cooper, aka Rafael Lamont Thompson,
aka Jarmine Jones, aka Eric Maurice Henderson,
aka Ralph Maurice Deloch, aka Eric Thompson,
aka Dernard Martin

<u>11/30/17</u>

**By the court:** <u>Eric L. Frank</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318 **Order of Discharge** page 2