Case 17-10828-elf   Doc 81   Filed 12/04/17   Entered 12/04/17 09:19:12   Desc
CloseOrder    Page 1 of 1

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 7

Eric Long                                              : Case No. 17–10828–elf

      Debtor(s)

***ORDER***

_____

AND NOW, this day , December 4, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court