UNITed STATes BANKRUPTCY
Court EASTerN District

17-10828-elf
Eric LonG
12-18-17

DEC 27 2017

MR FranK

My name is Eric Long
and Im writing to you about
my Case on 11-30-17 A order
for Discharge was entered
and it stated. This order does
not close or dismiss the case
and then it says something about
11 U.S.C 524(c)(F) MR FranK AS
you Know Im pro se on this I
do not have counsel. and I dont
get docket sheets in the mail.
and then a few days later I
believe 12-4-17 A order was
entered that says the case is
close and the trustee is dismiss
So what. I need to Know is. Am
I waiting for 11.U.S.C.524,(c)(F)?
and if so is there A deadline
To get this done? A responce    TurNer
over



from This would be more than
Appricated. No lawyer is trying
to tell me anything. and the
clerk is not giving me any
information either. So Im not
sure what's going on. From my
understanding your discharge
order is reffering to 11, U.S.C 524
(c)(f), am I correct? and IF so
can I ask for A explate meeting
or hearing? Cause at this point
Im just trying to see what's
going on. I don't have A Lawyer.
and I want to make sure I
understand Fully what's going on.

ThANK you for
your time on this
motter. Can you
have the Clerk send
me A docket sheet,
This way I can see
what's going on ?