①

Eastern District of Pennsylvania (Philadelphia)
BANKruptcy Petition # 17-10828-elf

1/23/18

JAN 25 2018

TIMOTHY McGRATH, CLERK
DEP. CLERK

Eric Long

MR. FRANK, I wrote to you A
couple of weeks ago. And I was
asking you A Question. ON 11/30/17, A order
of Discharge was granted to me. However
Til This date 1/23/18, I don't Know what the
effect of this discharge is. Under 11.U.S.C 727
I've tried to get A Lawyer to explain it. But
was unsucessful at doing So, I ask you • is This
Discharge referring to 11 U.S.C. 524 C/F? Because
in the beginning of filing my petition I did inform
mR Dershaw and company what it is I would be open
To. and this was sent to them before any
341 meetings so they was awhere of what It
is Im requesting. So in other words A re Affirmation
agreement would be approiate in this situation. we
really dont even have to do that. All they have to
do is agree to it and have me sign any papers
That they need me to sign, However Im at S.C.I.
Graterford right now. But I will be going back to
Dallas maybe the week of JAN 29. So Im asking
That can A hold be put on me to stay down here
until this matter is resolved? Because it's closer and
it's Alot of hassle for me to travel BACK to DALLAS

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.  To: (Name and Title of Officer) | 2.  Date: |
| 3.  By: (Print Inmate Name and Number)<br><br>_____<br><br>_____<br>Inmate Signature | 4.  Counselor's Name |
| | 5.  Unit Manager's Name |
| 6.  Work Assignment | 7.  Housing Assignment |

8.  Subject:  State your request completely but briefly.  Give details.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9.  Response: (This Section for Staff Response Only)

_____

_____

_____

_____

_____

_____

_____

_____

_____

| To DC-14 CAR only     ☐ | To DC-14 CAR and DC-15 IRS     ☐ |
|---|---|

Staff Member Name  _____ / _____ Date _____
                              Print                              Sign

Revised July 2000

This place is in collgeville PA, S.C.I. DAllAS is in
Luzerne Co. That's A Big differance thank you for
The Docket sheet, I notice that it states at the
2nd. Bankruptcy case Terminated for statistical Purposes.
That was 12/11/17) Now my understanding of that is.
AN item of numerical DATA/AN estimate of A variable,
is AN average or mean, made on the basis of A Sample
taken from A Larger Set of data, MR Frank Can you
have someone come talk to me at S.C.I. Graterford
Because As you Know I'm acting on this pro se, However
As I explained before because of Cusip#315805333)
Being my Birthright I do have A right in recoupment
Because of the Securities being Sold in my name.
So If it's anything you could do to have me held
here At S.C.I Graterford Ⓓ until this matter is resolved
I would much rather have my property At S.C.I DAllAS
Sent to me down here At S.C.I. Graterford if possible
Thank you for your time on this matter,

                                    Eric Sharp Ly284
                                    Box 244
                                    Graterford, PA 19426
                                    Cell DB250

   MR. Frank If they decide to pack me up to go
Back To S.C.I. DAllAS it would be Monday which is
1/29/18 or it would Be tuesday 1/30/18, Unless I Can
get A hold put on me to remain here AT S.C.I. Graterford

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.  To: (Name and Title of Officer) | 2.  Date: |
| 3.  By: (Print Inmate Name and Number)<br><br>_____<br><br>_____<br>Inmate Signature | 4.  Counselor's Name<br><br>5.  Unit Manager's Name |
| 6.  Work Assignment | 7.  Housing Assignment |

8.  Subject:  State your request completely but briefly.  Give details.

_____

9.  Response: (This Section for Staff Response Only)

_____

| To DC-14 CAR only    ☐ | To DC-14 CAR and DC-15 IRS    ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                              Print                              Sign

Revised July 2000