UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

① ② **RECEIVED** NOV 21 2018 USCA 3d Cir

CASE# 17-10828
-BANKRUPTCY

## COMPLAINT

TO THE Clerk of Courts

My Name is Eric Long AKA Eric Henderson I filed A Chapter 7 petition on Feb 6 2017 in the Eastern Dist third Circut Court Bankrupt of PA. ON 11/30/17, I was granted A discharge By MR Eric L. Frank, However til this date I don't know what's going on, Cause I did this pro se, so In December 2017 the Case was ordered (Closed) However the trustee Lawye has Administered the Assets. But he's claimin that the Assets don't exist that would provide A meaningful Distrubution for creditors. But I have shown him that they do. My reason for Asking to Appeal the trustee's report and to fil This Complaint. Is because it states in (Rule 350 section (B) A case maybe reopen in the Court in which such case was closed to Accor relief to the debtor, or for other cause. In this very unique case these Assets Are Attac to my name mainly one being my Birthright along with my SS# amongst others, I feel I have A right in recoupement. I've already s nt my Birth Certificate Along with the cusip (805333) Fidelity Advisor Equity value C Fun

This information matches my Birthright. I feel I have too much Evidence for them to say it don't exist. That's like saying my Birthcertificate don't exist. and If we can't come to some type of Agreement. Then I'm asking that I be Terminated from these Accounts. That they have my personal Information Attac' To. Please look At the trustee's final report He states (Assets Exempt Property) I understan That. but He has Already Administered the property Amount totalling ($18,869,491,676.52) and I feel that I do have some type of right in recoupement to that. mainly because of Cusip # 315805333, and if they feel I Don't then I'm Asking that I be terminated from All those Accounts. enclosing I'm Asking That Someone Come to see me here At S.C.I Dallas, to discuss this. Thank you for your time on this matter. Can you please time stamp this in put it on the docket, and send me A copy Thank you. Also can you send me the proper forms that I need to proceed further if need be.

Eric Long LY2843
1000 Follies Road
Dallas PA, 18612