# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ERIC LONG, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No. 17-10828 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's letter to the court, received on **November 21, 2018**, which shall be treated as Motion to Reopen this closed bankruptcy case ("the Motion");

**AND**, the Motion presenting no arguments not previously considered by the court before this case was closed on **December 4, 2017**;

It is therefore **ORDERED** that the Motion is **DENIED**.

Date: **November 28, 2018**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc:    Eric Long
       1000 Follies Road, Drawer K
       Inmate #LY 2843
       SCI Dallas
       Dallas, PA 18612