9-3-19

17-10828

CLOSE

FILED

SEP -9 2019

TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

Mr Frank,

My name is Eric Long LY2843 and my reason for writing to you is because on 11/30/17 A discharge was granted to me, on the following Cusip # (315918318) among others. The reason why Im asking about this paticular one is because it's attach to my CP# 51-CR-0001458-[2011] which is being operated by Fidelity Advisor Real Estate. I've been in prison on this CP# since 1/19/11 which is over 8 years, My sentence is 8 to 17 which Im over, However on 4-4-19, This sentence was vacated and remanded back to the lower courts, By the Superior Court, on 8-26-19 I had a video hearing which the lower

(2)

court decided to vacate the sentence a second time and granted me a new trail, and to re-instate my Bail and set it At $100,000 dollars 10 percent $10,000, which I do not have, I'm trying to go home to my family, enough is enough, my Question to you is, if you Granted me A Discharge on 11/30/17, and if creditors cannot collect Discharged Debts, Then why is all this Action going on with this Cusip#315918318, So As of this date 8-3-19, I'm still sitting here in a state prison with a BAIL that's ten times what it was in 2011, I understand That the case is close, I'm just Trying to figure out how is All This Action going on with this Cusip#315918318. enclosing a responce from this would be more Than appriciated. If someone brings The BANkruptcy. They have to bring the remedy