Date 9-21-21

SEP 27 2021

Case# 17-10828 ELF
Case# 17-10828 elf

Dear MR Frank,

My name is Eric Long and I'm writing to you about A Bankruptcy Case that I had in front of you back in 2017 Chapter 7, However I was given a discharge on the case, However til this day I still don't know what the discharge means in my case, The last time I wrote to you, you responded back to me and you told me to seek an attorney to find out what the discharge means in my case. However my problem is I was acting pro-se I could'nt afford an attorney and I just cant seem to find any attorney who is willing to tell me Im ~~guessing~~ Guessing because of the uniqueness of this case they are not trying to get involved, and now because of covid-Im having a problem getting answers or finding



out what the discharge means in my case. So Im writing to you to ask you can you please inform me of what this chapter 7 discharge means in my case? A responce from This would be more than Appriciated Also I wanted to ask you could you please send me a copy of the ~~scratched out~~ Asset schedule that I filed in this case meaning the fidelity and T. Rowe Price info that I put down on my Asset schedule, and can you send me another petition? I tried to reach the clerk who handle's the cases for your courtroom however she won't respond to my request I've called her on the phone left messages, and I gave her contact info she never responds I've done this more than once, when you call the clerk's office it says it's close but they tell you who to contact for certain courtrooms I've done that she never responds to my messages, so can you help me in this matter? by giving me the information Im requesting?

you can respond back to me at
7901 State Road
CFCF Eric Long 677714
Phila, PA, 19136

Again thank you, your honor for your time on this matter. Also if you can't tell me what the discharge means in my case, can you appoint me in the right direction? Also if there's a fee for you to send me a copy of the asset schedule that's pertaining to this case please inform me of what it is so I can pay it, enclosing I would like to say Thanks again for taking the time out to help me in this matter.